UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BELL ATLANTIC MOBILE OF MASSACHUSETTS CORPORATION, LTD. d/b/a VERIZON WIRELESS,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF CAMBRIDGE, MASSACHUSETTS; CITY OF CAMBRIDGE BOARD OF ZONING APPEAL; and CONSTANTINE ALEXANDER, TIMOTHY HUGHES, BRENDAN SULLIVAN, THOMAS SCOTT, JANET O. GREEN, DOUGLAS MYERS, SLATER W. ANDERSON, LINDSEY T. THORNE-BINGHAM, and ANDREA A. HICKEY, as they are the Members and Associate Members of the City of Cambridge Board of Zoning Appeal,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 14-CV-10431-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The undersigned Kendra L. Berardi, of the law firm of Robinson & Cole LLP, hereby enters her appearance as counsel for the Plaintiff, Bell Atlantic Mobile of Massachusetts Corporation, LTD. d/b/a Verizon Wireless, in the above matter.

|  |  |
|---|---|
|  | **PLAINTIFF,**<br>**BELL ATLANTIC MOBILE OF**<br>**MASSACHUSETTS CORPORATION,**<br>**LTD.  d/b/a VERIZON WIRELESS,**<br>By its attorney,<br><br>  /s/ Kendra L. Berardi<br>Kendra L. Berardi (BBO # 672626)<br>Robinson & Cole LLP<br>One Boston Place, Floor 25<br>Boston, MA 02108-4404 |
| Dated:  May 29, 2014 | (617) 557-5900<br>kberardi@rc.com |

**CERTIFICATE OF SERVICE**

I, Kendra L. Berardi, hereby certify that a copy of the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as non-registered participants on this 29th day of May, 2014.

/s/ Kendra L. Berardi  
Kendra L. Berardi