UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BELL ATLANTIC MOBILE OF MASSACHUSETTS CORPORATION, LTD. d/b/a VERIZON WIRELESS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CAMBRIDGE, MASSACHUSETTS; CITY OF CAMBRIDGE BOARD OF ZONING APPEAL; and CONSTANTINE ALEXANDER, TIMOTHY HUGHES, BRENDAN SULLIVAN, THOMAS SCOTT, JANET O. GREEN, DOUGLAS MYERS, SLATER W. ANDERSON, LINDSEY T. THORNE-BINGHAM, and ANDREA A. HICKEY, as they are the Members and Associate Members of the City of Cambridge Board of Zoning Appeal,<br><br>    Defendants. | Civil Action No. 14-CV-10431-RGS |

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to the provisions of Local Rule 16.1(D)(3), Plaintiff Bell Atlantic Mobile of Massachusetts Corporation, Ltd., d/b/a Verizon Wireless and its counsel hereby certify that they have conferred:

    a) With a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

    b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

13017701-v1

Respectfully submitted,

| **ROBINSON & COLE LLP,** | **BELL ATLANTIC MOBILE OF MASSACHUSETTS CORPORATION, LTD. d/b/a Verizon Wireless,** |
|---|---|
| By its counsel | |
| /s/ Danielle Andrews Long | /s/ Karin S. Riecker |
| Michael S. Giaimo (BBO #552545) | By:  Karin S. Riecker |
| mgiaimo@rc.com | Its: Counsel, Northeast Area |
| Danielle Andrews Long (BBO #646981) | |
| dlong@rc.com | |
| Kendra L. Berardi (BBO #672626) | |
| kberardi@rc.com | |
| Robinson & Cole LLP | |
| One Boston Place, Floor 25 | |
| Boston, MA 02108-4404 | |
| (617) 557-5900 | |

Dated: July 11, 2014

## **CERTIFICATE OF SERVICE**

I, Danielle Andrews Long, hereby certify that a copy of the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as non-registered participants on this 11th day of July, 2014.

                                                /s/ Danielle Andrews Long
                                                Danielle Andrews Long