IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BELL ATLANTIC MOBILE OF MASSACHUSETTS CORPORATION, LTD. d/b/a VERIZON WIRELESS<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CAMBRIDGE, MASSACHUSETTS; CITY OF CAMBRIDGE BOARD OF ZONING APPEAL; and CONSTANTINE ALEXANDER, TIMOTHY HUGHES, BRENDAN SULLIVAN, THOMAS SCOTT, JANET O. GREEN, DOUGLAS MYERS, SLATER W. ANDERSON, LINDSEY T. THORNE-BINGHAM, AND ANDREA A. HICKEY, as they are the Members and Associate Members of the City of Cambridge Board of Zoning Appeal,<br><br>Defendants | Civil Action No. 14-CV-10431-RGS |

## DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to the provisions of Local Rule 16.1(D)(3), counsel for Defendants City of Cambridge, Massachusetts; the City of Cambridge Board Of Zoning Appeal; and Constantine Alexander, Timothy Hughes, Brendan Sullivan, Thomas Scott, Janet O. Green, Douglas Myers, Slater W. Anderson, Lindsey T. Thorne-Bingham, and Andrea A. Hickey, as they are Members and Associate Members of the City of Cambridge Board of Zoning Appeal, hereby certifies that he has conferred with the City Manager of the City of Cambridge on behalf of all of the Defendants with a view of establishing a budget for

the cost of conducting the full course-and various alternative courses-of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: July 14, 2014.

        DEFENDANTS CITY OF CAMBRIDGE, MASSACHUSETTS; CITY OF CAMBRIDGE BOARD OF ZONING APPEAL; and CONSTANTINE ALEXANDER, TIMOTHY HUGHES, BRENDAN SULLIVAN, THOMAS SCOTT, JANET O. GREEN, DOUGLAS MYERS, SLATER W. ANDERSON, LINDSEY T. THORNE-BINGHAM, and ANDREA A. HICKEY, as they are the Members and Associate Members of the City of Cambridge Board of Zoning Appeal,

By their Attorney,

/s/ Paul S. Kawai
Paul S. Kawai, (BBO #662168)
pkawai@cambridgema.gov
City of Cambridge Law Department
795 Massachusetts Avenue
Cambridge, MA 02139
(617) 349-4121

By the City Manager of the
City of Cambridge

*Richard C. Rossi*
Richard C. Rossi

## CERTIFICATE OF SERVICE

I, Paul S. Kawai, hereby certify that a copy of the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as non-registered participants on this 14th day of July, 2014.

/s/ Paul S. Kawai
Paul S. Kawai