UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BELL ATLANTIC MOBILE OF MASSACHUSETTS CORPORATION, LTD. d/b/a VERIZON WIRELESS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CAMBRIDGE, MASSACHUSETTS; CITY OF CAMBRIDGE BOARD OF ZONING APPEAL; and CONSTANTINE ALEXANDER, TIMOTHY HUGHES, BRENDAN SULLIVAN, THOMAS SCOTT, JANET O. GREEN, DOUGLAS MYERS, SLATER W. ANDERSON, LINDSEY T. THORNE-BINGHAM, and ANDREA A. HICKEY, as they are the Members and Associate Members of the City of Cambridge Board of Zoning Appeal,<br><br>    Defendants. | Civil Action No. 14-CV-10431-RGS |

**JOINT STATUS REPORT OF THE PARTIES AFTER HEARING ON REMAND**

On February 2, 2015, the parties filed a Joint Motion to Remand Defendant Board's Decision for Further Consideration ("Motion"). The purpose of the remand was to allow the Board to reconsider Verizon Wireless' application for a special permit in light of a revised design and/or plan for the antenna installation (the "Revised Application") on the terms set out in the Motion. On February 5, 2015, this Court allowed the Motion. As set forth in this Court's Order, the parties were required to report to the Court on or before March 3, 2015, as to the status of the remand proceedings.

The parties report that on February 26, 2015, the Board held a public hearing and voted 5-0 to grant the special permit for the Revised Application with conditions. The parties expect that the Board will file its written decision granting the special permit for the Revised

Application with conditions within 30 days, and that the case will then proceed in accordance with the procedures set forth in paragraphs 7 through 10 of the Motion.

**Respectfully submitted,**

| | |
|---|---|
| **PLAINTIFF,** <br> **BELL ATLANTIC MOBILE OF** <br> **MASSACHUSETTS CORPORATION,** <br> **LTD.  d/b/a Verizon Wireless,** | **DEFENDANTS,** <br> **CITY OF CAMBRIDGE and MEMBERS** <br> **AND ASSOCIATE MEMBERS OF THE** <br> **CITY OF CAMBRIDGE BOARD OF** <br> **ZONING APPEAL,** |
| By its attorneys, | By their attorney, |
| /s/     Kendra L. Berardi <br> Michael S. Giaimo (BBO #552545) <br> mgiaimo@rc.com <br> Danielle Andrews Long (BBO #646981) <br> dlong@rc.com <br> Kendra L. Berardi (BBO #672626) <br> kberardi@rc.com <br> Robinson & Cole LLP <br> One Boston Place, Floor 25 <br> Boston, MA 02108-4404 <br> (617) 557-5900 | /s/    Paul S. Kawai <br> Paul S. Kawai (BBO #662168) <br> pkawai@cambridgema.gov <br> City of Cambridge, Office of the City Solicitor <br> 795 Massachusetts Avenue <br> Cambridge MA 02139 <br> (617) 349-4121 |

Dated: March 3, 2015

## CERTIFICATE OF SERVICE

I, Kendra L. Berardi, hereby certify that a copy of the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as non-registered participants on this 3rd day of March, 2015.

    /s/     Kendra L. Berardi
    Kendra L. Berardi