

# City of Cambridge

MASSACHUSETTS

BOARD OF ZONING APPEAL

831 Mass Avenue, Cambridge, MA.
(617) 349-6100

## NOTICE OF DECISION

DECISION FILED WITH THE OFFICE OF THE CITY CLERK ON  MAR 1 1 2015

Any person aggrieved by a decision of the Board of Zoning Appeal may appeal to the Superior Court or Land Court. Appeals, if any, shall be made pursuant to Section 17, Chapter 40A, Massachusetts General Laws and shall be filed within twenty calendar days from the above date, and a copy thereof shall be filed with the Cambridge City Clerk's office by that same date.

PREMISES: 799 Concord Avenue
Cambridge, MA

PETITIONER: Bell Atlantic Mobile of Massachusetts Corporation, Ltd.
D/B/A Verizon Wireless – C/o Timothy C. Twardowski, Esq.

PETITION: Special Permit: To reconsider the petitioner's application for a special permit in light of a revised design and/or plan to locate mobile communications antennas on the roof of the existing building and place equipment inside an existing ground level garage space.

DECISION: **GRANTED**

CASE NO: 10518

*For full details, please refer to the decision available at Inspectional Services Dept.